IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMBERLY ADAMS**                                                                               **PLAINTIFF**

v.                                        Case No. 4:19-cv-00440-LPR

**THE CITY OF LITTLE ROCK**                                                          **DEFENDANT**

## JUDGMENT

Based on the jury's verdict rendered in this case,[1] it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Plaintiff Kimberly Adams against the City of Little Rock in the amount of $0.00.

IT IS SO ADJUDGED this 11th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Jury Verdict (Doc. 61).